MAX. MARGOLIS v. CITY OF ORANGE AND JOHN G. SCOTT, BUILDING INSPECTOR.

Decided January 19, 1927.

**Zoning—Apartment-House in Residence District—Case Within Ignaciunas v. Nutley, 99 N. J. L. 389—Peremptory Writ Awarded.**

On demurrer to return to alternative writ of *mandamus*.

Before GUMMERE, CHIEF JUSTICE, and Justices TRENCHARD and MINTURN.

For the relator, *Howe & Davis*.

For the respondents, *Walter C. Ellis*.

PER CURIAM.

The relator is the owner of a tract of land on the corner of Fourth and North Arlington avenues, in the city of East Orange. He applied for a permit to the building inspector for leave to erect a four-story brick apartment-house upon this tract. The building inspector refused to issue the permit solely because the zoning ordinance of the municipality forebade the erection of apartment-houses of the kind proposed in that zone, which is designated in the ordinance as a "Small Volume Residence District." The case is controlled by the decision of the Court of Errors and Appeals in the case of *State* v. *Nutley,* 99 *N. J. L.* 389.

A peremptory writ will be ordered.